

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2015

No. 04-14-00579-CV

Jay Kay **BEAR** Ltd,
Appellant

v.

Patty **MARTIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11890
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellees' and Cross-Appellees' briefs were due on March 30, 2015. This court granted a joint first motion for extension of time to file Appellees' and Cross-Appellees' briefs until April 29, 2015. On April 27, 2015, Appellees and Cross-Appellees filed a second joint motion for a fourteen-day extension of time to file their respective briefs, for a total extension of forty-four days.

Appellees' and Cross-Appellees' motion is GRANTED. The respective briefs must be filed with this court not later than May 13, 2015. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLEES' BRIEF or CROSS-APPELLEES' BRIEF WILL BE GRANTED.** If Appellees or Cross-Appellees fail to file their respective brief as ordered, the court may set the appeal at issue and submit the appeal without the brief.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2015.



Keith E. Hottle
Clerk of Court